ANA GOMEZ, Respondent, v MICHAEL J. NOVAK et al., Appellants.

Submitted December 5, 2016; decided January 12, 2017

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

MAPFRE INSURANCE COMPANY OF NEW YORK, Respondent, v BALGOBIN MANOO, et al., Defendants, and ACTIVE CARE MEDICAL SUPPLY CORPORATION, Appellant.

Submitted January 9, 2017; decided January 12, 2017

Motion by Global Liberty Insurance Company of New York for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.